**Electronically Filed
Supreme Court
SCWC-13-0003857
06-JAN-2015
12:20 PM**

SCWC-13-0003857

IN THE SUPREME COURT OF THE STATE OF HAWAIʻI

---

POFOLK AVIATION HAWAII, INC., and HALE OʻLELE CORP.,
Petitioners/Plaintiffs-Appellants,

vs.

DEPARTMENT OF TRANSPORTATION FOR THE STATE OF HAWAIʻI,
GLENN M. OKIMOTO, FORD FUCHIGAMI, and SIDNEY A. HAYAKAWA,
Respondents/Defendants-Appellees.

---

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-13-0003857; CIV. NO. 13-1-0787-03)

ORDER ACCEPTING APPLICATION FOR WRIT OF CERTIORARI
(By: Recktenwald, C.J., Nakayama, McKenna, Pollack, and Wilson, JJ.)

Petitioner/Plaintiffs-Appellants Pofolk Aviation

Hawaiʻi, Inc. And Hale Oʻlele Corp.'s application for writ of

certiorari filed on December 5, 2014, is hereby accepted and will

be scheduled for oral argument. The parties will be notified by

the appellate clerk regarding scheduling.

DATED: Honolulu, Hawaiʻi, January 6, 2015.

| | |
|---|---|
| Eric A. Seitz and Della A. Belatti for petitioners | /s/ Mark E. Recktenwald |
| | /s/ Paula A. Nakayama |
| Russell A. Suzuki, Michael S. Vincent, and Jack Rosenzweig for respondents | /s/ Sabrina S. McKenna |
| | /s/ Richard W. Pollack |
| | /s/ Michael D. Wilson |

